### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>JEFFREY LEE RANDOL,<br><br>Debtor. | CASE NO. 25-10608-JGR<br>CHAPTER 7<br><br>**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE** |

COMES NOW Nicholas A. Buda and hereby enters his appearance as attorney for Deere & Company, Deere Credit, Inc., and John Deere Financial, f.s.b., (collectively, "**Deere**"), creditors and interested parties in the above-captioned case.

Deere hereby requests that service of all notices to which it is entitled be served upon it and upon the individual at the address set forth below and that the following be added to the Court's master matrix:

> Nicholas A. Buda
> Baird Holm LLP
> 1700 Farnam St, Ste 1500
> Omaha, NE 68102-2068
> nbuda@bairdholm.com

Dated: February 10, 2025.

> DEERE & COMPANY, DEERE CREDIT, INC.,
> AND JOHN DEERE FINANCIAL, f.s.b.,
> Creditors
>
> By:  /s/ Nicholas A. Buda
>       Nicholas A. Buda (CO #55727)
> of   BAIRD HOLM LLP
>       1700 Farnam St, Ste 1500
>       Omaha, NE 68102-2068
>       Phone: 402-344-0500
>       nbuda@bairdholm.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on February 10, 2025, I electronically filed the foregoing with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to all CM/ECF participants.

                                                                      /s/Nicholas A. Buda

6363935.1