# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) |
| JEFFREY LEE RANDOL, | )  Case No. 25-10608 JGR |
| | )  Chapter 11 |
| Debtor. | ) |

## TRUSTEE'S OBJECTION TO DEBTOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY

David V. Wadsworth, chapter 7 trustee, for his objection to the Motion for Relief from Stay filed by Debtor Jeffrey Lee Randol states as follows:

1. This case was filed on February 4, 2025. The meeting of creditors has not yet been conducted. The meeting is scheduled to be held on March 10, 2025. However, the Debtor has not provided Trustee any of the documents required in advance of such meeting (except for a copy of a driver's license), so it is not certain that the meeting will be conducted on March 10.

2. The Trustee is not entirely sure what relief the Debtor seeks. He asks in paragraph 13 of the motion that the "automatic stay be terminated with respect to the property of the estate pursuant to 11 U.S.C. §§ 362(d)(1) and (2)." The Trustee has not yet evaluated whether there is any non-exempt property of the estate (although the Debtor states that there is in paragraph 15 of the motion). To the extent there are non-exempt assets, relief is not available under 11 U.S.C. § 362(d)(2).

3. Similarly, the Debtor has not demonstrated "cause" for relief under 11 U.S.C. § 362(d)(1). To the extent there are non-exempt assets, those assets will be administered by the Trustee in this case, not in a divorce case. The motion should be denied without prejudice to allow the Trustee sufficient time to determine whether there are in fact non-exempt assets.

WHEREFORE, Debtor respectfully requests entry of an Order denying the motion and granting such other relief as deemed appropriate.

Dated this 4th day of March, 2025.

                                               */s/ David V. Wadsworth*
                                               David V. Wadsworth, #32066
                                               2580 West Main Street, Suite 200
                                               Littleton, Colorado 80120
                                               (303) 296-1999; (303) 296-7600 (fax)
                                               dwadsworth@wgwc-law.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 4, 2025, I served by prepaid first class mail, or electronically through CM/ECF where indicated, a copy of the **TRUSTEE'S OBJECTION TO DEBTOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY** to those persons listed below:

Michael C. Payne
mpayne@cp2law.com

US Trustee
USTPRegion19.DV.ECF@usdoj.gov

Stephen E. Berken
stephenberkenlaw@gmail.com

Jeffrey Lee Randol
49055 County Road 17
Wellington, CO 80549

Nicholas Anthony Buda
nbuda@bairdholm.com

Brandon R. Tomjack
btomjack@bairdholm.com

Alexander N. Wright
alexander.wright@dinsmore.com

                                       */s/ Dorelia E. Tackett*
                                       For David V. Wadsworth, Trustee